**No. D-2586. In the Matter of Disbarment of Stephen T. Mitchell.**

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4506.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1041, 131 S. Ct. 630, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9012.

**No. D-2587. In the Matter of Disbarment of Kathleen Kauth Trum.**

564 U.S. 1003, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4399.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1041, 131 S. Ct. 631, 178 L. Ed. 2d 459, 2010 U.S. LEXIS 9015.

**No. 09-5128 (10A1212). John Lezell Balentine, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1014, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4553.

June 15, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Motion for leave to file a petition for rehearing denied.

Former decision, 558 U.S. 1003, 130 S. Ct. 520, 175 L. Ed. 2d 368, 2009 U.S. LEXIS 7871.

**No. 10-7387. Monroe Ace Setser, Petitioner v. United States.**

564 U.S. 1014, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4555.

June 15, 2011. Evan A. Young, Esquire, of Austin, Texas, is invited to brief and argue this case, as amicus curiae, in support of the judgment below.

**No. 10A1226 (10-11036). John Lezell Balentine, Petitioner v. Texas.**

564 U.S. 1014, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4554.

**No. 10A1236 (10-11056). Lee Andrew Taylor, Petitioner v. Texas.**

564 U.S. 1014, 131 S. Ct. 3017, 180 L. Ed. 2d 841, 2011 U.S. LEXIS 4563.

June 16, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.

Justice Ginsburg, Justice Breyer, Justice Sotomayor, and Justice Kagan would grant the application for stay of execution.